IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:20-cv-00593-FL

| | |
|---|---|
| TROY K. WEAVER and K.W., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CARY ACADEMY,<br><br>Defendant. | **ORDER GRANTING<br>MOTION TO SEAL** |

After considering Plaintiffs' motion to seal the Summons and Waiver of Service of Summons, the Court GRANTS the motion and FINDS that Plaintiffs' demonstrated a specific, serious, and substantial interest under F.R. Civ. P. 5.2 that clearly outweighs the presumption in favor of the public's common-law right of access to judicial records. The Court makes this finding because Plaintiff K.W. is a minor child and under F.R. Civ. P. 5.2 and Local Civil Rule 17.1 who must be referred to by the minor child's initials and because the amended Summons and Waiver of Service of Summons contains all of the information contained in the original Summons and Waiver of Service of Summons except the name of the minor child.

Therefore, the Court ORDERS, immediately and until further order of the Court on notice and hearing, that the original Summons and Waiver of Service of Summons filed in this matter is under seal of the Court and may not become public or be disclosed by any person, may not be included in the public records of this case, and may not be otherwise disclosed or permitted to come into the possession, control, or knowledge of

any persons other than the attorneys of record for the parties in this case, the regular staff of the parties' attorneys, certified court reporters and their staffs, and the personnel of the Court.

Further, the Court ORDERS that all persons gaining possession of records sealed in accordance with this order may not disclose, transfer, or in any way allow the documents sealed by this order to come into the possession of any other person at any time.

Further, the Court ORDERS the court clerk to take notice of this order and to institute procedures to ensure that personnel of the Court comply with the terms of this order, including marking the judicial records sealed by this order as being under seal of the Court and subject to this order.

Any violation of this order will be a contempt of the Court.

SIGNED on 2/19/21

U.S. DISTRICT JUDGE